**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-8098**

———————

MARK ANTHONY BARNES,

　　　　　Plaintiff – Appellant,

　　　v.

H. K. REVELEY, JR., Attorney at Law,

　　　　　Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.　Leonie M. Brinkema,
District Judge. (1:12-cv-01365-LMB-JFA)

———————

Submitted: April 23, 2013　　　　　Decided:　May 2, 2013

———————

Before AGEE, FLOYD, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mark Anthony Barnes, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Anthony Barnes appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Barnes v. Reveley, No. 1:12-cv-01365-LMB-JFA (E.D. Va. Nov. 30, 2012). We deny Barnes's motions to appoint counsel, to consider precedent authorities, and for damages. Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED